# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UBA T. SATTERFIELD, | Case No.: 2:11-cv-00366-RLH-RJJ |
| Plaintiff, | **O R D E R** |
| vs. | (Motion to Dismiss–#5) |
| DB HOME LENDING, LLC, ACE SECURITIES CORP HOME EQUITY LOAN TRUST, HSBC BANK USA N.A., TRUSTEE, AZTEC FORECLOSURE CORP, | |
| Defendant. | |

Before the Court is Defendant's **Motion to Dismiss and Expunge Lis Pendens** (#5, filed Mar. 10, 2011). Plaintiff has not filed an opposition.

## BACKGROUND

This case arises out of Plaintiff's allegations that Defendant violated federal and state laws by engaging in wrongful foreclosure, fraud, and negligence. The allegations involve the real property located at 4336 San Gabriel Hill Avenue, Las Vegas, Nevada 89115. In June 2010, Plaintiff filed his complaint in the Eighth Judicial District Court for the State of Nevada. On March 9, 2011, Defendant removed the case to this Court based on federal question jurisdiction. On March 10, 2011, Defendant moved to dismiss Plaintiff's complaint for failure to state a claim upon which relief can be granted. In the same

motion, Defendant requested that the court expunge a lis pendens the Plaintiff recorded on the property. For the reasons discussed below, the court grants the Defendant's Motion to Dismiss and Expunge Lis Pendens.

## DISCUSSION

### I. Motion to Dismiss for Failure to Respond

If one party files a motion to dismiss pursuant to Rule 12(b)(6), the party against whom that motion is filed must file points and authorities in opposition to that motion within fifteen (15) days after the service of the motion. Local Rule 7-2(b). The failure of a party to file points and authorities in opposition to any motion constitutes consent to the Court's grant of the motion. LR 7-2(d). Moreover, failure to follow the district court's local rules is a proper grounds for dismissal. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Pursuant to this Court's minute order (#7, filed Mar. 11, 2011), any response to Defendant's Motion to Dismiss was to be filed and served within fourteen days. Accordingly, Plaintiff was to file a response by March 25, 2011. Plaintiff is in violation of LR 7-2(b) because an opposition has not been filed and it is now August 2011. Therefore, the Court grants Defendant's Motion to Dismiss and Expunge Lis Pendens.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss and Expunge Lis Pendens (#5) is GRANTED.

DATED this 28th day of July, 2011.

_____
ROGER L. HUNT
United States District Judge

2